1  TOMAS E. MARGAIN, Bar No. 193555
   LAW OFFICES OF TOMAS E. MARGAIN
2  1550 Bryant Street, Suite 725
   San Francisco, CA 94103
3  Telephone:   415-861-9600
   Fax:         415-861-9622
4  margainlaw@hotmail.com

5
   ATTORNEYS FOR PLAINTIFFS
6

7                  UNITED STATES DISTRICT COURT

8              FOR DISTRICT OF NORTHERN CALIFORNIA

9                       SAN JOSE DIVISION

10

11 JOSE FELIPE RUIZ, et al            Case No.: CV 08 1804 PVT

12           Plaintiffs,              CONSENT TO SUE UNDER FAIR LABOR
        vs.                           STANDARDS ACT
13
   ARMANDO VARGAS
14           Defendant(s)

15
       I, hereby consent to be a plaintiff in an action under the Fair Labor Standards Act, 29
16
   U.S.C. §201 *et seq.*, to recover any unpaid minimum wages, overtime, liquidated damages,
17
   attorneys' fees, costs and other relief arising out of my employment with ARMANDO VARGAS
18
   and any other associated parties.
19
       I authorize The Law Offices of Tomas Margain and associated attorneys as well as any
20
   successors or assigns, to represent me in such action.
21

22
   Dated: 4/9/2008                    By: _____
23                                        SALOMON GOMEZ
24

25

                                          1
   CONSENT TO SUE UNDER FLSA