TOMAS E. MARGAIN, Bar No. 193555
LAW OFFICES OF TOMAS E. MARGAIN
1550 Bryant Street, Suite 725
San Francisco, CA 94103
Telephone: 415-861-9600
Fax: 415-861-9622
margainlaw@hotmail.com

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE FELIPE RUIZ, et al | Case No.: CV 08 1804 PVT |
| Plaintiffs, | CONSENT TO SUE UNDER FAIR LABOR STANDARDS ACT |
| vs. | |
| ARMANDO VARGAS | |
| Defendant(s) | |

I, hereby consent to be a plaintiff in an action under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.*, to recover any unpaid minimum wages, overtime, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with ARMANDO VARGAS and any other associated parties.

I authorize The Law Offices of Tomas Margain and associated attorneys as well as any successors or assigns, to represent me in such action.

Dated: 4/4/2008                                   By: _____

                                                                    ANTONIO GONZALEZ

1

CONSENT TO SUE UNDER FLSA