UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE FELIPE RUIZ, ET AL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ARMANDO VARGAS, ET AL., ) <br> ) <br> Defendants. ) <br> _____) | Case No.: C 08-01804 PVT <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On December 16, 2008, the parties appeared before U.S. Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the Joint Case Management Statement of the parties, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the Case Management Conference be continued to March 17, 2009 at 2:00 p.m.

Dated: *December 16, 2008*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 2*