1  Tomas E. Margain, Bar No. 193555
   Jacob Sider, Bar No. 236084
   LAW OFFICES OF TOMAS E. MARGAIN
2  1550 Bryant Street, Suite 725
   San Francisco, CA 94103
3  Telephone:   415-861-9600
   Fax:         415-861-9622
4  margainlaw@hotmail.com

5  Attorneys for Plaintiffs

6  Douglas M. Larsen, Bar No. 142852
   Joshua S. Daniels, Bar No. 222928
7  FISHMAN, LARSEN, GOLDRING AND ZEITLER
   7112 North Fresno Street, Suite 450
8  Fresno, CA 93720
   Telephone (and Fax): 559-256-5000
9  larsen@flgz.net

10 Attorneys for Defendant Armando Vargas

11
                    UNITED STATES DISTRICT COURT
12
                FOR NORTHERN DISTRICT OF CALIFORNIA
13
                          SAN JOSE DIVISION
14

15 | JOSE FELIPE RUIZ; CARLOS AGUILAR | Case No.: 08-CV-01804 PVT
16 | RIVAS; MARCELINO HERNANDEZ; |
   | ALEJANDRO AGUILAR; RAMIRO | STIPULATION AND (PROPOSED) ORDER
17 | HERNANDEZ PARRA | TO CANCEL MEDIATION
18 | Plaintiffs, |
19 | vs. |
   | ARMANDO VARGAS; JAVIER VARGAS; |
20 | NOE VARGAS; and EDITH SAUNO, |
21 | |
22 | Defendants |

   The Plaintiffs and Defendant Armando Vargas hereby stipulate to an order canceling the
23
   mediation in this matter. Three new Defendants; Javier Vargas, Noe Vargas and Edith Sauno
24
   have been added through amendment of the complaint. The Plaintiffs and Defendant Armando
25
   Vargas believe that the in order for mediation to be successful and final, the three new

                                    - 1 -                         08-CV-01804 PVT

Ruiz, et al. v. Vargas

1  Defendants should participate, as Defendant Armando Vargas may not be solely liable for
2  Plaintiffs' damages. As of the filing date of this stipulation, none of the three new Defendants
3  have appeared. The Plaintiffs and Defendant Armando Vargas hope that by the March 17, 2009
4  Case Management Conference, all parties will have appeared and consented to mediation, at
   which point the Court can set a new ADR schedule.

**FOR PLAINTIFFS**                          **LAW OFFICES OF TOMAS E.**
                                            **MARGAIN**

DATED: 2/12/2009                            By: _____
                                                Jacob Sider

**FOR DEFENDANT**                           **FISHMAN, LARSEN, GOLDRING**
**ARMANDO VARGAS**                          **AND ZEITLER**

DATED: 2/12/09                              By: _____
                                                Joshua S. Daniels

SO ORDERED.

February 13, 2009                           _____

                                            Honorable Magistrate Judge Patricia V. Trumbull

- 2 -                                       08-CV-01804 PVT

Ruiz, et al. v. Vargas