UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE FELIPE RUIZ, ET AL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ARMANDO VARGAS, ET AL., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C 08-01804 PVT <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On March 17, 2009, the parties appeared before U.S. Magistrate Judge Patricia V. Trumbull for Further Case Management Conference. Based on the Joint Case Management Statement of the parties, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the Case Management Conference be continued to May 14, 2009 at 2:00 p.m.;

IT IS FURTHER ORDERED that the parties complete mediation no later than May 15, 2009.

Dated:   March 18, 2009

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 2*