Tomas E. Margain, Bar No. 193555
DAL BON & MARGAIN
28 NORTH 1ST STREET, SUITE 210
SAN JOSE, CA 95113
TEL (408) 297-4729
FAX (408) 297-4728

margainlaw@hotmail.com

Attorneys for Plaintiffs

Douglas M. Larsen, Bar No. 142852
Joshua S. Daniels, Bar No. 222928
FISHMAN, LARSEN, GOLDRING AND ZEITLER
7112 North Fresno Street, Suite 450
Fresno, CA 93720
Telephone: 559.256.5000
Fax: 559.256.5005
Email: larsen@flgz.net

Attorneys for Defendants and Cross-Complainant ARMANDO VARGAS, NOE VARGAS & JAVIER VARGAS

Edward Cullen, Bar No. 133155
Amy Carlson, Bar No. 213294
WILLIAMS, PINELLI & CULLEN
110 N. Third St.
San Jose, CA 95112
Telephone: 408.288.3868
Fax: 408.288.3860
Email: amy@calemploy.com

Attorneys for Defendant and Cross-Defendant EDITH SAUNO

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE FELIPE RUIZ; CARLOS AGUILAR RIVAS; MARCELINO HERNANDEZ; ALEJANDRO AGUILAR; RAMIRO HERNANDEZ PARRA; SALOMON GOMEZ; MAURO HERNANDEZ; HERIBERTO PAMAZ-LUCAS; ANTONIO HERNANDEZ; ANTONIO GONZALES; and ALEJANDRO GONZALES,<br><br>Plaintiffs,<br><br>vs.<br><br>ARMANDO VARGAS; JAVIER VARGAS; NOE VARGAS; EDITH R. SAUNO;<br><br>Defendants | Case No.: 08-CV-01804PVT<br><br>**STIPULATION REFERRING MATTER TO PRIVATE ARBITRATION AND** [ xxxxxxxxxxx **ORDER** |
| ARMANDO VARGAS<br><br>Cross-Complainant<br><br>Vs<br><br>EDITH R. SAUNO<br><br>Cross-Defendant | |

The parties submit the following Stipulation, to remove the matter from the Court's ADR Program and to allow the parties to go to private mediation

WHEREAS, the Court referred the matter to the Court's Supervised ADR Program;

WHEREAS, the parties seek to have the matter privately mediated to among other things allow the parties to also attempt to settle a related dispute pending in State Court;

WHEREAS, the parties have reserved a date to have this matter mediated on June 19, 2009 by the Honorable Justice Cottle (ret.) of ADR Services Inc.;

WHEREAS, the parties advised the ADR department, during an ADR phone conference with Robin Seifkin, Esq. held on May 28, 2009, of the above and who were instructed to file this stipulation;

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, as follows:

1. The parties wish the Referral to the Court's Supervised ADR Program terminated.
2. The parties will go to mediation on June 19, 2009 .

| **FOR PLAINTIFFS** | **DAL BON & MARGAIN** |
|---|---|
| DATED: May 28, 2009 | By: //s// Tomas E. Margain <br> **Tomas E. Margain** |
| **FOR DEFENDANTS ARMANDO VARGAS; JAVIER VARGAS; NOE VARGAS** | **FISHMAN, LARSEN, GOLDRING AND ZEITLER** |
| DATED: May 28, 2009 | By: //s// Joshua Daniels <br> **Joshua Daniels** |
| **FOR DEFENDANT EDITH SAUNO** | |
| DATED: May 28, 2009 | By: //s// Amy Carlson <br> **Amy Carlson** |

**ORDER**

Pursuant to the Stipulation of the Parties and Good Cause shown, the referral to the Court's Mediation Program is Terminated. The matter will proceed to private mediation. The parties shall report the outcome of the mediation within 5 Court days of the mediation.

**IT IS SO ORDERED**

DATED: June 1, 2009

_____
Hon. Patricia V. Trumbull
UNITED STATES MAGISTRATE JUDGE