UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JOSE FELIPE RUIZ, ET AL., | ) | Case No.: C 08-01804 PVT |
| Plaintiffs, | ) ) | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | ) ) | |
| ARMANDO VARGAS, ET AL., | ) ) | |
| Defendants. | ) ) ) | |

On June 30, 2009, the parties appeared before U.S. Magistrate Judge Patricia V. Trumbull for Further Case Management Conference. Based on the Joint Case Management Statement of the parties, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the parties shall schedule mediation before Judge Howard Lloyd. The parties shall report the scheduled date no later than July 10, 2009.

IT IS FURTHER ORDERED that the Case Management Conference be continued to October 20, 2009 at 2:00 p.m.

Dated:   July 2, 2009

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28