UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JOSE FELIPE RUIZ, ET AL., | ) | Case No.: C 08-01804 PVT |
| | ) | |
| Plaintiffs, | ) | **ORDER CONTINUING CASE** |
| | ) | **MANAGEMENT CONFERENCE** |
| v. | ) | |
| | ) | |
| ARMANDO VARGAS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On October 20, 2009, the parties appeared before U.S. Magistrate Judge Patricia V.
Trumbull for Further Case Management Conference. Based on the Case Management
Statements of the parties, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the Case Management Conference be continued to
February 16, 2010 at 2:00 p.m.

Dated: October 21, 2009

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28