1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11
12

| JOSE FELIPE RUIZ, ET AL., | ) | Case No.: C 08-01804 PVT |
|---|---|---|
| Plaintiffs, | ) ) | **ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO APPEAR** |
| v. | ) ) | **TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| ARMANDO VARGAS, | ) ) | [Docket No. 70] |
| Defendants. | ) ) |  |

13
14
15
16
17
18

Defendants Armando Vargas, Javier Vargas and Noe Vargas request leave for their counsel,

19

Jared R. Callister, to appear telephonically at the February 16, 2010 Case Management Conference.

20

(collectively "defendants").  Counsel is located in Fresno, California, which is approximately 150

21

miles from the courthouse.  Additionally, defendant Armando Vargas has filed for bankruptcy and

22

pursuant to 11 U.S.C. § 362, an automatic stay is in effect.

23

Based on the above, defendants' counsel may appear telephonically at the February 16,, 2010

24

Case Management Conference.  Counsel shall contact the Courtroom Deputy, Corinne Lew, at (408)

25
26
27
28

ORDER, *page 1*

1  535-5378 to make arrangements for his telephonic appearance.

2      IT IS SO ORDERED.

3  Dated:   February 12, 2010

4  _Patricia V. Trumbull_
   PATRICIA V. TRUMBULL
5  United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28