*E-FILED 06-09-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESUS FELIPE RUIZ, et al., | No. C08-01804 PVT |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' REQUEST FOR TELEPHONIC ATTENDANCE** |
| v. | |
| ARMANDO VARGAS, et al., | |
| Defendants. | |

Plaintiffs Ramiro Hernandez Parra, Alejandro Aguilar and Salomon Gomez are excused from appearing in person at the June 11, 2010 settlement conference. They shall, however, be available by telephone for the duration of the conference at a location that accepts faxes. Additionally, prior to the conference, plaintiffs' counsel shall secure written authorization to settle this matter on their behalf and shall bring those documents to the conference.

SO ORDERED.

Dated:   June 9, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:08-cv-01804-PVT Notice has been electronically mailed to:

2  Amy Richelle Carlson   amy@calemploy.com

3  Douglas M. Larsen   larsen@flgz.net

4  Edward F. Cullen   ecullen@wpclaw.com

5  Jacob William Sider   jacobsider@gmail.com

6  Joshua Stephen Daniels   daniels@flgz.net

7  Tomas Eduardo Margain   margainlaw@hotmail.com, jl.jdblaw@earthlink.net

8  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.