1  Tomas E. Margain, Bar No. 193555
2  DAL BON & MARGAIN
   28 North 1st Street, Suite 210
3  San Jose, CA 95113
   Tel (408) 297-4729
4  Fax (408) 297-4728

5  margainlaw@hotmail.com

6  Attorneys for Plaintiffs

7  Douglas M. Larsen, Bar No. 142852
   Travis R. Stokes, Bar No. 225122
8  FISHMAN, LARSEN, GOLDRING & ZEITLER
   7112 North Fresno Street, Suite 450
9  Fresno, CA 93720
   Telephone:  559.256.5000
10 Fax:  559.256.5005

11 Attorneys for Defendants Noe Vargas and Javier Vargas

12

13                     UNITED STATES DISTRICT COURT

14                  FOR NORTHERN DISTRICT OF CALIFORNIA

15                            SAN JOSE DIVISION

| | |
|---|---|
| JOSE FELIPE RUIZ; CARLOS AGUILAR RIVAS; MARCELINO HERNANDEZ; ALEJANDRO AGUILAR; RAMIRO HERNANDEZ PARRA; SALOMON GOMEZ; MAURO HERNANDEZ; HERIBERTO PAMAZ-LUCAS; ANTONIO HERNANDEZ; ANTONIO GONZALES; and ALEJANDRO GONZALES,<br><br>         Plaintiffs,<br><br>    vs.<br><br>ARMANDO VARGAS; JAVIER VARGAS; NOE VARGAS; EDITH R. SAUNO;<br><br>         Defendants.<br><br>And Related Cross-Action | Case No.: 08-CV-01804PVT<br><br>**STIPULATION AND [** XXXXXXXXXXXXXX **] ORDER TO DISMISS DEFENDANTS NOE VARGAS AND JAVIER VARGAS WITH PREJUDICE** |

- 1 -    08-CV-01804 PVT

Ruiz, et al.  v. Vargas

Plaintiffs JOSE FELIPE RUIZ, CARLOS AGUILAR RIVAS, MARCELINO HERNANDEZ, ALEJANDRO AGUILAR, RAMIRO HERNANDEZ PARRA, SALOMON GOMEZ, MAURO HERNANDEZ, HERIBERTO PAMAZ-LUCAS, ANTONIO HERNANDEZ, ANTONIO GONZALES, and ALEJANDRO GONZALES and Defendants JAVIER VARGAS and NOE VARGAS through Counsel hereby stipulate as follows:

1. The above-mentioned parties settled their disputes at a Mandatory Settlement Conference on June 11, 2010 before the Honorable Howard Lloyd. The Plaintiffs and Defendants Noe Vargas, Javier Vargas and Edith Sauno were present at this Mandatory Settlement Conference. However, Defendant Armando Vargas was not present and did not participate in the Mandatory Settlement Conference in light of his filing for bankruptcy protection and the subsequent statutory stay.

2. At the Mandatory Settlement Conference, the Plaintiffs and Defendants Noe Vargas and Javier Vargas reached a settlement among themselves, and that settlement includes Plaintiffs dismissing their Second Amended Complaint with prejudice against Defendants Noe Vargas and Javier Vargas.

3.. Consequently, IT IS HEREBY STIPULATED, by and between the above-named parties only that the claims and causes of action asserted by Plaintiffs in their Second Amended Complaint against Defendants JAVIER VARGAS and NOE VARGAS in the above-captioned action be and hereby are dismissed with prejudice pursuant to FRCP 41(a)(2).

**FOR PLAINTIFFS**

DATED:  7/6/2010

**FOR DEFENDANTS JAVIER VARGAS; NOE VARGAS**

DATED:  7/6/2010

**DAL BON & MARGAIN**

By: //s// Tomas E. Margain
   **Tomas E. Margain**

**FISHMAN, LARSEN, GOLDRING & ZEITLER**

By: **//s// Travis R. Stokes**
   **Travis R. Stokes**

**ORDER**

Pursuant to the above-Stipulation between the above-named parties and for good cause shown, all claims and causes of action asserted by Plaintiffs against Defendants JAVIER VARGAS and NOE VARGAS are hereby dismissed with prejudice.

**IT IS SO ORDERED that the Second Amended Complaint be dismissed with prejudice against Defendants Javier Vargas and Noe Vargas.**

DATED: __July 12, 2010_____    _____
 Hon. Patricia V. Trumbull
 UNITED STATES MAGISTRATE JUDGE