Tomas E. Margain, Bar No. 193555
DAL BON & MARGAIN
28 NORTH 1ST STREET, SUITE 210
SAN JOSE, CA 95113
TEL (408) 297-4729
FAX (408) 297-4728

margainlaw@hotmail.com

Attorneys for Plaintiffs


Amy Carlson
Williams, Pinelli & Cullen
110 N. 3rd St.
San Jose, CA 95113
P: 408-288-3868
F: 408-288-3860

Attorneys for Defendant EDITH SAUNO

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE FELIPE RUIZ; CARLOS AGUILAR RIVAS; MARCELINO HERNANDEZ; ALEJANDRO AGUILAR; RAMIRO HERNANDEZ PARRA; SALOMON GOMEZ; MAURO HERNANDEZ; HERIBERTO PAMAZ-LUCAS; ANTONIO HERNANDEZ; ANTONIO GONZALES; and ALEJANDRO GONZALES,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ARMANDO VARGAS; JAVIER VARGAS; NOE VARGAS; EDITH R. SAUNO;<br><br>    Defendants | Case No.: 08-CV-01804PVT<br><br>**STIPULATION CONTINUING TRIAL AND PRETRAIL CONFERENCE AND [ xxxxxxxxxD] ORDER** |

- 1 -

08-CV-01804 PVT
Ruiz, et al. v. Vargas

The parties submit the following Stipulation, to continue the trial and all trial setting deadlines 90 days, based on the following factors:

1. Defendant Edith Sauno's counsel has filed a Motion to withdraw as counsel of record based on an inability to contact her client. The motion is to be heard on October 19, 2010.

2. Based on the last conversations between the parties, a settlement was near and it is anticipated that when Defense counsel contacts her client the parties will be able to attempt to settle the matter.

3. It appears that the Court may be unavailable for the October 25, 2010 and a continuance would allow the Court and the parties to determine if this Department will conduct the trial.

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, as follows:

1. That the trial in this matter be continued 90 days.

| **FOR PLAINTIFFS** | **DAL BON & MARGAIN** |
|---|---|
| DATED:   October 8, 2010 | By:  //s// Tomas E. Margain<br>**Tomas E. Margain** |

| **FOR DEFENDANT**<br>**EDITH SAUNO** | |
|---|---|
| DATED:   October 8, 2010 | By:  //s// Amy Carlson<br>**Amy Carlson** |

1

2 **ORDER**

3

4   Pursuant to the Stipulation of the Parties and Good Cause shown the trial in this matter is
continued to 1/31/2011 and all pretrial orders are continued 90 days.   Pre-trial conference will be held on January 4, 2011 at 2PM.

5

6

7 **IT IS SO ORDERED**

8

9

10 DATED: October 12, 2010 _____
   Hon. Patricia V. Trumbull
11   UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 3 -    08-CV-
01804 PVT
Ruiz, et al.  v. Vargas