1  Tomas E. Margain, Bar No. 193555
2  DAL BON & MARGAIN
   28 North 1st Street, Suite 210
3  San Jose, CA 95113
   Telephone: (408) 297-4729
4  Fax: (408) 297-4728
   Email: margainlaw@hotmail.com
5
   Attorneys for Plaintiffs
6
   Douglas M. Larsen, Bar No. 142852
7  Travis R. Stokes, Bar No. 225122
   FISHMAN, LARSEN, GOLDRING & ZEITLER
8  7112 North Fresno Street, Suite 450
   Fresno, CA 93720
9  Telephone: 559.256.5000
   Fax: 559.256.5005
10 Email: larsen@flgz.net

11 Attorneys for Defendant, ARMANDO VARGAS

12                    UNITED STATES DISTRICT COURT

13                  FOR NORTHERN DISTRICT OF CALIFORNIA

14                            SAN JOSE DIVISION

15 | JOSE FELIPE RUIZ; CARLOS AGUILAR RIVAS; MARCELINO HERNANDEZ; ALEJANDRO AGUILAR; RAMIRO HERNANDEZ PARRA; SALOMON GOMEZ; MAURO HERNANDEZ; HERIBERTO PAMAZ-LUCAS; ANTONIO HERNANDEZ; ANTONIO GONZALES; and ALEJANDRO GONZALES, | Case No.: 08-CV-01804PVT |
|---|---|
| Plaintiffs, | **STIPULATION AND [XXXXXXXXXX]** |
| vs. | **ORDER TO DISMISS DEFENDANT** |
| ARMANDO VARGAS; JAVIER VARGAS; NOE VARGAS; EDITH R. SAUNO, | **ARMANDO VARGAS** |
| Defendants. | |
| And related cross-action, | |

Plaintiffs JOSE FELIPE RUIZ, CARLOS AGUILAR RIVAS, MARCELINO HERNANDEZ, ALEJANDRO AGUILAR, RAMIRO HERNANDEZ PARRA, SALOMON GOMEZ, MAURO HERNANDEZ, HERIBERTO PAMAZ-LUCAS, ANTONIO HERNANDEZ, ANTONIO GONZALES, and ALEJANDRO GONZALES and Defendant ARMANDO VARGAS through Counsel hereby stipulate as follows:

1. On April 3, 2008, Plaintiffs filed their complaint against ARMANDO VARGAS.

2. On July 30, 2009, Defendant ARMANDO VARGAS filed for bankruptcy protection (Chapter 7) in the Northern District in an action titled *In re Armando Vargas Pena and Martina de Vargas*, case number 09-56214.

3. On July 1, 2010, The United States Bankruptcy Court of the Northern District of California, San Jose Division granted a discharge of ARMANDO VARGAS under section 727 of title 11 of the United States Bankruptcy Code.

4. Consequently, IT IS HEREBY STIPULATED, by and between the above-named parties only that the claims and causes of action asserted by Plaintiffs in their Second Amended Complaint against Defendant ARMANDO VARGAS in the above-captioned action be and hereby are dismissed with prejudice pursuant to FRCP 41(a)(2).

| **FOR PLAINTIFFS** | **DAL BON & MARGAIN** |
|---|---|
| DATED: November 4, 2010 | By:  //s// Tomas E. Margain |
|  | **Tomas E. Margain** |
| **FOR DEFENDANT ARMANDO VARGAS** | **FISHMAN, LARSEN, GOLDRING & ZEITLER** |
| DATED: | By:  //s//Travis R. Stokes |
|  | **Travis R. Stokes** |

## ORDER

Pursuant to the above-Stipulation between the above-named parties and for good cause shown, all claims and causes of action asserted by Plaintiffs against Defendant ARMANDO VARGAS are hereby dismissed with prejudice.

**IT IS SO ORDERED that the Second Amended Complaint be dismissed with prejudice against Defendant Armando Vargas.**

DATED: November 5, 2010

_____
Hon. Patricia V. Trumbull
UNITED STATES MAGISTRATE JUDGE