UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE FELIPE RUIZ, ET AL.,<br><br>        Plaintiffs,<br><br>   v.<br><br>ARMANDO VARGAS, ET AL.,<br><br>        Defendants. | Case No.: C 08-01804 PSG<br><br>**ORDER TO SHOW CAUSE** |

On February 8, 2011, Plaintiffs appeared for a pre-trial conference. However, Defendant Edith Sauno ("Sauno") did not. Accordingly,

IT IS HEREBY ORDERED that Sauno is ordered to show cause why her answer should not be stricken and default entered against her. Sauno shall respond in writing no later than February 25, 2011.

IT IS SO ORDERED.

Dated:  February 14, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

A copy of this order was mailed on February 14, 2011 to the following:

Edith R. Sauno
224 Paseo Gularte
San Juan Bautista, CA 95045

Edith R. Sauno
Carretera Los Reyes
Zamora KM 3.5
S/N Los Reyes
Michoacan
MEXICO 60300

_____EHP_____
Chambers of U.S. Magistrate Judge
Paul S. Grewal

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 3*