UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE FELIPE RUIZ, ET AL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ARMANDO VARGAS, ET AL., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C 08-01804 PSG <br><br> **ORDER STRIKING ANSWERS OF DEFENDANT EDITH SAUNO** |

On February 8, 2011, Plaintiffs appeared for a pre-trial conference. However, Defendant Edith Sauno ("Sauno") did not. As a result, the court ordered Sauno to show cause why her answer should not be stricken and default entered against her no later than February 25, 2011. To date, Sauno has not responded whatsoever. Accordingly,

IT IS HEREBY ORDERED that Sauno's answers to the first amended complaint and the third party complaint are stricken. Plaintiffs are invited to request default against her.

IT IS SO ORDERED.

Dated: March 2, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*

1  A copy of this order was mailed on February 14, 2011 to the following:

2  Edith R. Sauno
   224 Paseo Gularte
3  San Juan Bautista, CA 95045

4  Edith R. Sauno
   Carretera Los Reyes
5  Zamora KM 3.5
   S/N Los Reyes
6  Michoacan
   MEXICO 60300

_____EHP_____
Chambers of U.S. Magistrate Judge
Paul S. Grewal

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-