1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE FELIPE RUIZ, ET AL.,     ) | Case No.: C 08-01804 PSG |
|             ) | |
|         Plaintiffs,    ) | **ORDER STAYING CASE AND** |
|             ) | **SETTING FURTHER STATUS** |
|     v.           ) | **CONFERENCE** |
|             ) | |
| ARMANDO VARGAS, ET AL.,    ) | |
|             ) | |
|         Defendants.    ) | |
| _____) | |

On July 5, 2011, Plaintiffs appeared for a status conference and advised the court that Defendant Edith Sauno had filed for bankruptcy pursuant to Chapter 7. Accordingly,

IT IS HEREBY ORDERED that the case is stayed and a further status conference shall be held on January 10, 2012.

IT IS SO ORDERED.

Dated: July 7, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

1    A copy of this order was mailed on February 14, 2011 to the following:

2    Edith R. Sauno
     224 Paseo Gularte
3    San Juan Bautista, CA 95045

4    Edith R. Sauno
     Carretera Los Reyes
5    Zamora KM 3.5
     S/N Los Reyes
6    Michoacan
     MEXICO 60300

7
                                                    _____EHP_____
8                                                   Chambers of U.S. Magistrate Judge
                                                    Paul S. Grewal
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28