UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE FELIPE RUIZ, ET AL., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ARMANDO VARGAS, ET AL., )<br>)<br>Defendants. )<br>_____) | Case No.: C 08-01804 PSG<br><br>**ORDER TO SHOW CAUSE** |

Based on Plaintiffs' representation that Defendant Edith Sauno ("Sauno") had filed for bankruptcy pursuant to Chapter 7, the court stayed the case and set a further status conference for January 10, 2012.[1] None of the parties, however, appeared for the status conference. Moreover, it now appears that Sauno's case in the bankruptcy court has been terminated.[2] Accordingly, Sauno is ordered to show cause why the case cannot proceed now that the

---

[1] *See* Docket No. 119.

[2] *See* Case No. 11-55755.

Case No. 08-1804 PSG
ORDER TO SHOW CAUSE

1 | bankruptcy case has been resolved. The parties shall appear on March 13, 2012 at 2PM.

2 | **IT IS SO ORDERED**.

3 | Dated: 2

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No. 08-1804 PSG
ORDER TO SHOW CAUSE

1  A copy of this order was mailed on February 29, 2011 to the following:

2  Edith R. Sauno
   224 Paseo Gularte
3  San Juan Bautista, CA 95045

4  Edith R. Sauno
   Carretera Los Reyes
5  Zamora KM 3.5
   S/N Los Reyes
6  Michoacan
   MEXICO 60300

7
                                                 _____EHP_____
8                                                Chambers of U.S. Magistrate Judge
                                                 Paul S. Grewal
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28