UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JOSE FELIPE RUIZ, ET AL., | ) | Case No.: C 08-01804 PSG |
| | ) | |
| Plaintiffs, | ) | **ORDER DISSOLVING ORDER TO SHOW CAUSE; ORDER DISMISSING CASE** |
| v. | ) | |
| | ) | |
| ARMANDO VARGAS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |

   On February 29, 2012, the court ordered Plaintiffs to show cause why the case could not proceed now that Defendant Edith Sauno's ("Sauno") case in the bankruptcy court has been terminated.[1] In response to the order to show cause, Plaintiffs state that the bankruptcy court discharged Sauno's debts on September 20, 2011.[2] The bankruptcy court discharged Defendant Armando Vargas's ("Vargas") debts on July 1, 2010. Plaintiffs request that the case be dismissed without prejudice and the case closed. Having reviewed the papers,

   IT IS HEREBY ORDERED that the order to show cause dated February 29, 2012 is dissolved.

   IT IS FURTHER ORDERED that the case is dismissed without prejudice. The Clerk of the

---

[1] *See* Docket No. 121.

[2] *See* Docket No. 122.

Case No. C 08-1804 PSG
ORDER DISSOLVING OSC; ORDER DISMISSING CASE

1 | Court shall close the file.

2 | Dated:    3/6/2012

3 | *[signature]*
    PAUL S. GREWAL
4 | United States Magistrate Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. C 08-1804 PSG
ORDER DISSOLVING OSC; ORDER DISMISSING CASE